UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV 26-4329-VBF(E) | Date | August 26, 2026 |
| Title | FRANCISCO MARTINEZ FLORES v. DAVID A. MARIN, ETC., ET AL. | | |

Present: The Honorable Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS)**

Petitioner's Reply to Respondents' "Response, etc.," filed August 7, 2026, is overdue. A Reply may be of assistance to the Court in determining this matter. Therefore, it is ordered that Petitioner file a Reply on or before September 9, 2026. Failure to do so may result in the denial and dismissal of the Petition.

cc: Judge Fairbank
Plaintiff
All Counsel of Record

Initials of Deputy Clerk bm